# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-3438

_____

Cadero King

*Plaintiff - Appellant*

v.

Andrew Saul, Commissioner of Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: June 9, 2020
Filed: June 12, 2020
[Unpublished]

_____

Before ERICKSON, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

Cadero King appeals the district court's[1] order affirming the denial of disability insurance benefits and supplemental security income. Upon de novo review, we find

_____

[1]The Honorable John M. Gerrard, Chief Judge, United States District Court for the District of Nebraska.

no basis, and King offers none, for reversal.  <u>See</u> <u>Nash v. Comm'r Soc. Sec. Admin.</u>, 907 F.3d 1086, 1089 (8th Cir. 2018) (de novo review of district court's judgment; upholding Commissioner's decision if it is supported by substantial evidence on record as whole).  The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.[2]

———————————————————

[2]We agree with the district court that King's filings reflect his misunderstanding of what is required for him to prove that he is disabled and entitled to benefits.  Thus, like the district court, we suggest that King would be well advised to seek out an experienced representative to assist him if he intends to reapply for benefits.